JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VAUDABLE,<br><br>    Plaintiff,<br><br>  v.<br><br>GYORGY ZOLTAN GATTYAN,<br>et al.,<br><br>    Defendants. | Case No.  CV 16-8302-GW(FFMx)<br><br>**ORDER TO DISMISS WITH<br>PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: May 11, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE